USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2020

August 7, 2020

Honorable Sarah Netburn
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Applications of Dr. Heleen Mees Nos. 14 MC 56, 14 MC 88, 15 MC 262, 16 MC 209 (LAP)

Dear Judge Netburn,

My name is Heleen Mees. I am the applicant in this matter. By order of August 4, 2020, this Court directed the parties to file a joint letter updating the Court on the status of the state court appeals. I write on behalf of the parties inform the Court as follows:

In the matter *Mees v. Buiter*, Kings County Index No. 9579/2014 (the "2014 Action"), which includes claims for defamation, false arrest, tortious interference, and intentional infliction of emotional distress, the appeals from the order dismissing the action and the order denying my motion for leave to renew were argued and submitted on February 24, 2020. The appeals are *sub judice*.

In the matter *Mees v. Stibbe New York B.V. et al.*, New York County Index No. 150975/2019, which includes proposed claims for *prima facie* tort, negligence, and negligent infliction of emotional distress against Buiter and his attorneys, I appealed from two orders denying my motion to amend the caption and my motion to amend the pleading, dated October 7, 2019, and April 2, 2020, respectively. The appeals have not been perfected yet.

The parties trust that the foregoing provides a sufficient update and propose to report further after the Second Department rules on the appeals in the 2014 Action.

Respectfully,

[signature]

---

The parties shall file a status letter updating the Court once the Second Department rules on appeals in the 2014 Action.
**SO ORDERED**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 13, 2020
       New York, New York