UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DR. HELEEN MEES,

                            Applicant,

        -against-

WILLEM H. BUITER,

                            Respondent.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                            Plaintiff,

        -against-

ELIZABETH LORCA BUITER,

                            Defendant,

-----------------------------------------------------------------X

14-MC-00088 (LAP)(SN)

**ORDER**

16-MC-00209 (LAP)(SN)

SARAH NETBURN, United States Magistrate Judge:

    The parties are directed to file a joint letter by August 1, 2024, updating the Court on the status of the state appeal with respect to Dr. Mees's motion to renew and/or vacate the Kings County Judgment.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 18, 2024
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/2024