UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DR. HELEEN MEES,

                Applicant,

-against-

WILLEM H. BUITER,

                Respondent.

------------------------------------------------------------X
------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                Plaintiff,

-against-

ELIZABETH LORCA BUITER,

                Defendant,

------------------------------------------------------------X

14-MC-00088 (LAP)(SN)

**ORDER**

16-MC-00209 (LAP)(SN)

**SARAH NETBURN, United States Magistrate Judge:**

    The parties are directed to file a joint letter by November 1, 2024, updating the Court on the status of the state appeal with respect to Dr. Mees's motion to renew and/or vacate the Kings County Judgment.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    October 16, 2024
                New York, New York

1