UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DR. HELEEN MEES,

                        Applicant,                        14-MC-00088 (LAP)(SN)

        -against-                                          ORDER

WILLEM H. BUITER,

                        Respondent.

------------------------------------------------------------X
------------------------------------------------------------X

IN RE: APPLICATION OF DR. HELEEN MEES,

DR. HELEEN MEES,

                        Plaintiff,                        16-MC-00209 (LAP)(SN)

        -against-

ELIZABETH LORCA BUITER,

                        Defendant,

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties are directed to file a joint letter by June 27, 2025, updating the Court on the status of the state appeal with respect to Dr. Mees's motion to renew and/or vacate the Kings County Judgment.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    June 10, 2025
              New York, New York